UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

In Re

MARK UVAYDOV                         Chapter 13
                                     Case No. 05-29306-JF
                                     06-CV-0095

                    Pro Se Debtor

---------------------------------X

Korman, Ch. J.

The appeal taken by the debtor contains various explanations for his failure to comply with deadlines that resulted in the dismissal of his Chapter 13 petition. See Affidavit in support of Notice of Appeal. The explanations by a pro se debtor should be presented to, and considered, as an initial matter by the Bankruptcy Judge. The case is remanded to him for that purpose.

                              **SO ORDERED:**

Brooklyn, New York
June 27, 2006
                              s/Edward R. Korman
                              _____
                              Edward R. Korman
                              United States Chief District Judge